Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona 85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMIR KAMBAR,<br><br>             Plaintiff,<br><br>     vs.<br><br>KHALIL A. AHMAD and GIGI AHMAD, husband and wife; FLAMING KABOB II, LLC and FLAMING KABOB III, LLC dba FLAMING KABOB,<br><br>             Defendants. | No.<br><br>**COMPLAINT** |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(FAIR LABOR STANDARDS ACT)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendants Flaming Kabob II, LLC and Flaming Kabob III, LLC dba Flaming Kabob are Arizona companies operating in Maricopa County, Arizona, and operated as an integrated enterprise.

3. Defendants Khalil A. Ahmad and Gigi Ahmad, husband and wife, are residents of Maricopa, Arizona.

-1-

4. Jurisdiction is based upon 29 U.S.C. §216(b).

5. Defendants Khalil A. Ahmad and Gigi Ahmad are personally liable as "employers" pursuant to 29 U.S.C. §203(b).

6. Plaintiff worked for Defendants from approximately February 16, 2013 until the present, except for an approximate three-month period of time between June and August 2013.

7. Plaintiff was not paid minimum wages during the time that he worked for Defendants.

8. Plaintiff was not paid overtime, at the rate of one and one-half his hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

9. Initially, Plaintiff worked three days per week for twelve hours per day.

10. Thereafter, Plaintiff worked six days per week, four days at approximately 13 hours per day and two days at approximately 11 hours per day.

11. Defendants did not post any notices as required by the U.S. Department of Labor.

12. Defendants conduct was willful.

13. Plaintiff is entitled to minimum wages for all work that he performed for Defendants.

14. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

15. Plaintiff is entitled to liquidated damages.

16. Plaintiff is entitled to attorneys fees and costs pursuant to 29 U.S.C.

§216(b).

17. Defendants also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests judgment against Defendants, jointly and severally, for:

1. Damages for unpaid minimum wages and overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

**SECOND CLAIM FOR RELIEF**
(ARIZONA MINIMUM WAGE ACT)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. The non-payment of wages, mentioned above, by Defendants also constitutes a violation of the Arizona Minimum Wage Act, A.R.S. §23-364(A).

3. The Arizona minimum wage as of January 1, 2013, was $7.80/hour.

4. The Arizona minimum wage as of January 1, 2014, is $7.90/hour.

5. Plaintiff is entitled to double the unpaid minimum wages pursuant to Arizona statute.

6. If the employer retaliates, the employer will be liable for penalties of not less than $150 for each day that the violation continues.

WHEREFORE, Plaintiff requests judgment against Defendants, jointly and severally, as follows:

1. For damages in an amount to be determined at trial consisting of the minimum wages with interest thereon;

2. For double the amount of unpaid wages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. For such other relief as this Court deems appropriate.

## THIRD CLAIM FOR RELIEF
(Non-Payment of Wages)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. From his initial employment in February 2013 until the present, Plaintiff has been paid no wages.

3. Defendants violated A.R.S. §23-350 *et seq.* by not paying Plaintiff the wages due him, which were minimum wages and overtime pay.

4. Plaintiff is entitled to treble damages.

WHEREFORE, Plaintiff requests judgment against Defendants, jointly and severally, for:

1. Judgment in an amount to be determined at trial;

2. For treble damages pursuant to Arizona statute;

3. For reasonable attorneys fees and costs; and,

4. For such other relief as this Court deems appropriate.

1       DATED this 14th day of January 2014.

2

3                                              /s/ Guy D. Knoller
                                               Guy D. Knoller
4                                              Attorney for Plaintiff