# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amir Kambar and Angel Mena, | No. CV-14-00076-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Khalil A. Ahmand, et al., | |
| Defendants. | |

On March 26, 2014, upon receipt of a Stipulation to Settle Case and for Dismissal With Prejudice, this Court issued an order that upon receipt of notice from Plaintiffs' counsel that the Settlement Agreement had been paid, this case would be dismissed with prejudice, each party to bear their own costs and attorney's fees, except as otherwise outlined in the Settlement Agreement. On March 30, 2014 Plaintiffs filed a Notice of Receipt of Settlement Proceeds.

IT IS ORDERED dismissing this case with prejudice.

Dated this 29th day of April, 2014.

_____
Susan R. Bolton
United States District Judge